UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL PHILIP KAUFMAN,<br><br>                Plaintiff,<br><br>                -v-<br><br>SALESFORCE.COM, INC.,<br><br>                Defendant. | No. 1:20-cv-6879<br><br>Before:   Hon. John P. Cronan<br><br>Location: Courtroom 20-C<br>           Daniel Patrick Moynihan<br>           United States Courthouse<br>           500 Pearl Street, Room 1340<br>           New York, NY 10007-1312<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF DEFENDANT SALESFORCE'S MOTION TO DISMISS AND MOTION TO STRIKE MICHAEL PHILIP KAUFMAN'S COMPLAINT FOR PATENT INFRINGEMENT**

PLEASE TAKE NOTICE that Defendant Salesforce.com, Inc. ("Salesforce") hereby moves the Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), to (1) dismiss the claims asserted in the Complaint for induced infringement claims as to both Asserted Patents and the direct infringement claim as to the '801 Patent as legally insufficient to state a claim, (2) dismiss all claims in the Complaint involving the '801 Patent on the ground that it does not meet the test for subject matter eligibility under 35 U.S.C. § 101, and (3) strike from the Complaint numerous allegations about an unissued, and thereby unenforceable and irrelevant patent application.  This motion is supported by the accompanying Memorandum of Law in Support of Salesforce's Motion To Dismiss and Motion To Strike and Declaration of Kevin Johnson in Support of Salesforce's Motion To Dismiss and Motion To Strike.

DATED: November 4, 2020                    Respectfully submitted,

By   */s/ Kevin P.B. Johnson*
Kevin P.B. Johnson (Bar No. 2542082)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel.: 650-801-5000
Fax: 650-801-5100
kevinjohnson@quinnemanuel.com

Brian Paul Biddinger (Bar No. 4479382)
Edward John DeFranco  (Bar No. 2108561)
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7000
Fax: 212-849-7100
brianbiddinger@quinnemanuel.com
eddefranco@quinnemanuel.com

*Attorneys for Defendant salesforce.com, inc.*

2

3

## CERTIFICATE OF SERVICE

    I, Kevin P.B. Johnson, hereby certify that on November 4, 2020, I caused a true and correct copy of the foregoing document to be served upon counsel for Plaintiff by ECF.

Date:  November 4, 2020

                                              /s/ *Kevin P.B. Johnson*
                                                Name