UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL PHILIP KAUFMAN,<br><br>　　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>SALESFORCE.COM, INC.,<br><br>　　　　　　　Defendant. | No. 1:20-cv-6879<br><br>Before:　Hon. John P. Cronan<br><br>Location: Courtroom 20-C<br>　　　　　Daniel Patrick Moynihan<br>　　　　　United States Courthouse<br>　　　　　500 Pearl Street, Room 1340<br>　　　　　New York, NY 10007-1312<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF KEVIN JOHNSON IN SUPPORT OF**
**SALESFORCE.COM, INC.'S MOTION TO DISMISS AND STRIKE**

1

I, Kevin P.B. Johnson, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan LLC representing Defendant salesforce.com, inc. ("Salesforce") in the above-captioned action. If called as a witness, I could and would testify competently to the information contained herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Reply to the United States Patent and Trademark Office, dated March 16, 2018.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 3,283,419.

4. Attached hereto as Exhibit 3 is a true and correct copy of the United States Patent and Trademark Office's Certificate of Correction regarding United States Patent No. 10,025,801 (the "'801 patent"), dated October 27, 2020.

5. Attached hereto as Exhibit 4 is copy of a revised claim chart for one of the Asserted Patents, the '801 patent that was the subject of a Certificate of Correction that issued on October 27, 2020. This chart was prepared for the Court's convenience because the Certificate of Correction only identifies changes and does not provide the full revised claims.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood City, California on November 4, 2020.

                                          */s/ Kevin P.B. Johnson*
                                          Kevin P.B. Johnson