# EXHIBIT 2

Case 1:20-cv-06879-JPC-SN   Document 34-2   Filed 11/04/20   Page 1 of 4

Nov. 8, 1966         H. A. TYTEL         3,283,419
PAINTING PANEL FOR A PAINT-BY-NUMBER KIT

Filed April 13, 1964



FIG. 1



FIG. 2



FIG. 3



FIG. 4

INVENTOR.
*Herbert A. Tytel*

# United States Patent Office

3,283,419
Patented Nov. 8, 1966

1

3,283,419
PAINTING PANEL FOR A PAINT-BY-NUMBER KIT
Herbert A. Tytel, Jericho, N.Y., assignor to The Art Award Co., Inc.
Filed Apr. 13, 1964, Ser. No. 359,232
6 Claims.  (Cl. 35—26)

The present invention relates to a painting panel, especially for oil painting, and more particularly, to an oil painting panel for a paint-by-the-number kit, and to the methods for making the same.

It is an object of the present invention to provide a painting panel for a paint-by-the-number kit that will provide a novel and attractive background for the finished painting and give the completed painting an unusual and highly attractive appearance, not heretofore available or possible with paint-by-the-number kits.

It is another object of the present invention to provide a painting panel, of the character described, having a surface which not only provides an attractive background for the picture painted thereon, but portions of whose surface may form integral parts of the picture.

It is also an object of the present invention to provide a painting panel for a paint-by-the-number kit having a soft, velvety surface, whose paint-receiving area is nevertheless smooth and even, so as to provide a substantially smooth and even painted surface area against a velvety background.

It is a further object of the present invention to provide a soft, velvety-surfaced painting panel for a paint-by-the-number kit having paint guide lines and numbers clearly and distinctly printed thereon.

It is a still further object of the present invention to provide a painting panel for a paint-by-the-number kit, of the character described, which is as relatively easy and convenient to use as conventionally-surfaced panels, and which is easy and economical to produce.

The foregoing and other objects and advantages of the paint-by-the-number painting panel of the present invention will become more readily apparent to those skilled in the art from the embodiments thereof shown in the accompanying drawing and from the description following. It is to be understood, however, that such embodiments are shown by way of illustration only, to make the principles and practice of the invention more readily comprehensible and without any intent of limiting the invention to the specific details therein shown.

In the drawings:

FIG. 1 is a more or less diagrammatic, plan view of a paint-by-the-number painting panel embodying the present invention;

FIG. 2 is a more or less diagrammatic sectional view, on an enlarged scale, taken on line 2—2 of FIG. 1; after a first step in the production of the panel;

FIG. 3 is a view similar to that of FIG. 2, showing the panel after a second step in the production thereof; and

FIG. 4 is a view similar to that of FIG 2, after a final step in the production thereof.

Generally stated, the invention consists in the provision, on a panel having a soft but rough surface, as a fuzzy or velvety surface, such as a flocked surface, of a painting area which is capable of being imprinted with the painting guides generally provided on the surface of a paint-by-the-number picture panel.

More specifically stated, the painting panel, of the present invention, generally designated as 10, is shown to comprise a base board or sheet, 12, which may be of any suitable sheet material, as of relatively strong and stiff paperboard, one surface of which is coated with a layer of flocking material, which may comprise any material used for the purpose, such as a fibrous material, as cotton flocking, applied in any conventional manner. In order to provide the flocked surface of the panel with a painting area capable of receiving the printed painting instructions and directions, such painting area is first debossed, as at 16, as by means of heat and pressure applied by means of a suitably constructed die having the outlines of the picture to be painted thereon, so as to compact and flatten the flocked surface at the picture area, as more or less diagrammatically shown in FIG. 1 of the drawings.  Thereafter, the debossed area 16 is coated with a coat of material which sets into a relatively smooth, stiff, liquid-impervious film, as a coat of varnish, 18.  Finally, the painting directions, including paint area-defining lines, 20, and the color-indicating numbers, 22, are printed on the surface of the varnish layer 18.

It will be readily apparent that the painting panel 10 produced by the method aforesaid, although having originally a flocked and absorbing surface which remains as a background, may, nevertheless, have clear and distinct painting guides and instructions printed thereon, that may be readily and easily followed.  It will also be apparent that the painting area of the panel is compacted and is nonabsorbing and that the paint applied thereover will remain in smooth layers having sharp outlines without being absorbed into or broken up or roughened by flocking material below it or surrounding it.

It may here be further stated that the flocking material may be of any desired color and that, wherever suitable, portions of the flocked surface, in untreated form, may be incorporated into the picture, in its flocked state, as indicated in FIGS. 1 and 4, at 24.

This completes the description of the paint-by-the-number picture panel and the method by which it may be produced.  It will be apparent that numerous variations and modifications may be made in the picture panel of the invention, by any one skilled in the art, in accordance with the principles of the invention hereinabove set forth, without the exercise of any inventive ingenuity, I desire, therefore, to be protected for any and all such variations and modifications that may be made within the spirit of the invention and scope of the claims appended hereto.

What I claim is:

1. A painting panel for a paint-by-the-number kit, comprising a sheet of material having a soft, velvety surface, said velvety surface having a compressed debossed area in the outline of the picture to be painted thereon, a smooth, liquid-impervious film disposed on said debossed area, and painting guide lines and numbers printed on said film.

2. The painting panel of claim 1, wherein said sheet of material comprises a base sheet and said soft, velvety surface comprises flocking material applied to a surface of said base sheet.

3. The painting panel of claim 1, wherein said smooth liquid-impervious film comprises a coating of varnish.

4. The painting panel of claim 1, wherein said sheet of material comprises a base sheet and said soft, velvety surface comprises flocking material applied to a surface of said base sheet, and wherein said smooth, liquid-impervious film comprises a coating of varnish.

5. The method of forming a painting panel for a paint-by-the-number kit which comprises the steps of applying a flocked surface on a base sheet of material, debossing an area of said flocked surface conforming to the painted

3,283,419

| 3 | 4 |

area of the picture to be painted thereon, under heat and pressure, applying a film of varnish on said debossed area drying said film of varnish and printing painting guide lines and numbers on said film.

6. The method of forming a painting panel for a paint-by-the-number kit from a pile fabric which comprises the step of debossing an area of the surface of said pile fabric conforming to the painted area of the picture to be painted thereon, under heat and pressure, applying a film of liquid-impervious material on said debossed area, drying said film and thereafter printing painting guide lines and numbers on said film.

**References Cited by the Examiner**

UNITED STATES PATENTS

| 462,140   | 10/1891 | Koskul   | 161—63 |
| 2,744,349 | 5/1956  | Grossman | 35—26  |
| 2,901,373 | 8/1959  | Weiss    | 117—9  |

FOREIGN PATENTS

| 19,451 | 1914 | Great Britain. |

EUGENE R. CAPOZIO, *Primary Examiner.*

H. S. SKOGQUIST, *Assistant Examiner.*