# EXHIBIT 3

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page 1 of 2

| | |
|---|---|
| PATENT NO. | : 10,025,801 B2 |
| APPLICATION NO. | : 14/324414 |
| DATED | : July 17, 2018 |
| INVENTOR(S) | : Michael Philip Kaufman et al. |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

In Column 37, Lines 47-53, Claim 9, delete "is based on at least one of the following attributes of the foreign table: column datatypes; column names; column constraints; and the order of columns" and insert -- uses the selected value and at least one other value from the foreign-table row --, therefor.

In Column 37, Lines 54-56, Claim 10, delete "the derivation of the description is based on the column datatypes within the foreign table" and insert -- the value is selected based at least in part on the column name of the column in the foreign table that contains the selected value --, therefor.

In Column 37, Lines 57-59, Claim 11, delete "the derivation of the description is based on the column names within the foreign table" and insert -- the value is selected based at least in part on the column datatype of the column in the foreign table that contains the selected value --, therefor.

In Column 37, Lines 60-62, Claim 12, delete "the derivation of the description is based on the column constraints within the foreign table" and insert -- the value is selected based at least in part on at least one column constraint of the column in the foreign table that contains the selected value --, therefor.

In Column 37, Lines 63-65, Claim 13, delete "the derivation of the description is based on the order of columns within the foreign table" and insert -- the value is selected based at least in part on the column position within the foreign table of the column in the foreign table that contains the selected value --, therefor.

In Column 38, Line 3, Claim 14, delete "corresponds to" and insert -- references --, therefor.

In Column 38, Line 10, Claim 15, delete "claim 2" and insert -- claim 3 --, therefor.

In Column 38, Line 15, Claim 15, delete "corresponds to" and insert -- references --, therefor.

In Column 38, Line 23, Claim 16, delete "claim 6" and insert -- claim 5 --, therefor.

Signed and Sealed this
Twenty-seventh Day of October, 2020

*Andrei Iancu*
Andrei Iancu
*Director of the United States Patent and Trademark Office*

**CERTIFICATE OF CORRECTION (continued)**  Page 2 of 2
**U.S. Pat. No. 10,025,801 B2**

In Column 38, Lines 23-29, Claim 16, delete "is based on at least one of the following attributes of the foreign table: column datatypes; column names; column constraints; and the order of columns" and insert -- uses the selected value and at least one other value from the foreign-table row --, therefor.

In Column 38, Line 31, Claim 17, delete "claim 6" and insert -- claim 5 --, therefor.

In Column 38, Lines 31-32, Claim 17, delete "the derivation of the description is based on the column datatypes within the foreign table" and insert -- the value is selected based at least in part on the column name of the column in the foreign table that contains the selected value --, therefor.

In Column 38, Line 35, Claim 18, delete "claim 6" and insert -- claim 5 --, therefor.

In Column 38, Lines 35-36, Claim 18, delete "the derivation of the description is based on the column names within the foreign table" and insert -- the value is selected based at least in part on the column datatype of the column in the foreign table that contains the selected value --, therefor.

In Column 38, Line 38, Claim 19, delete "claim 6" and insert -- claim 5 --, therefor.

In Column 38, Lines 38-39, Claim 19, delete "the derivation of the description is based on the column constraints within the foreign table" and insert -- the value is selected based at least in part on at least one column constraint of the column in the foreign table that contains the selected value --, therefor.

In Column 38, Line 41, Claim 20, delete "claim 6" and insert -- claim 5 --, therefor.

In Column 38, Lines 41-42, Claim 20, delete "the derivation of the description is based on the order of columns within the foreign table" and insert -- the value is selected based at least in part on the column position within the foreign table of the column in the foreign table that contains the selected value --, therefor.

In Column 38, Line 44, Claim 21, delete "claim 6" and insert -- claim 5 --, therefor.

In Column 38, Line 47, Claim 21, delete "corresponds to" and insert -- references --, therefor.

In Column 38, Line 59, Claim 22, delete "corresponds to" and insert -- references --, therefor.