# EXHIBIT 4

**Corrected Claims of the '801 Patent**

Plaintiff filed a Request for Certificate of Correction on October 2, 2020 impacting issued claims 9-22. The USPTO issued a Certificate of Correction on October 27, 2020 granting the request. The below claim set reflects this post-issuance correction and the current state of the '801 Patent claims.

1. A method for displaying, within a user interface operating under control of a processor, an enhanced representation of data from a relational database, the relational database comprising machine-readable data representing a plurality of tables, constraints, and relationships and also operating under control of a processor, wherein the plurality of tables comprises a primary table and a foreign table, wherein each one of the primary table and the foreign table comprises at least one row, and wherein each row comprises a plurality of columns, the method comprising:

    using a processor to automatically construct a representation of data from a row of the primary table (primary-table row) by:

    using a processor to identify a foreign key (FK) value in an FK column in the primary-table row, wherein the FK column references the foreign table;

    using a processor to locate a row in the foreign table (foreign-table row) whose primary key (PK) value matches the identified FK value;

    using a processor to select a value from the foreign-table row other than the PK value based on at least one of the following attributes of the column in the foreign table that contains the selected value:

    column name;

    column datatype;

    at least one column constraint; or

    column position within the foreign table;

    using a processor to derive a description of the foreign-table row using the selected value; and

    using a processor to augment or supplant the FK value with the description in constructing the representation; and

    using a processor to display the constructed representation.

2. The method of claim 1, further comprising allowing, in the machine representation of the tables within the database, for explicit specification of instructions to derive the description of the foreign-table row.

3. The method of claim 2, wherein the explicit specification can optionally supplant the default derivation as determined in accordance with claim 1.

4. The method of claim 3, further comprising the scoping of explicit specifications, so as to enable both database-wide (global) and primary-table specific (local) use of the explicit specification.

5. A non-transitory machine-readable medium, on which there has been recorded machine-readable code for a program executable on a processor, said program comprising routines for displaying, within a user interface operating under control of a processor, an enhanced representation of data from a relational database, the relational database comprising machine-readable data representing a plurality of tables, constraints, and relationships and also operating under control of a processor, wherein the plurality of tables comprises a primary table and a foreign table, wherein each one of the primary table and the foreign table comprises at least one row, and wherein each row comprises a plurality of columns, the routines comprising:

   a routine to automatically construct a representation of data from a row of the primary table (primary-table row) by:

   a routine to identify a foreign key (FK) value in an FK column in the primary-table row, wherein the FK column references the foreign table;

   a routine to locate a row in the foreign table (foreign-table row) whose primary key (PK) value matches the identified FK value;

   a routine to select a value from the foreign-table row other than the PK value based on at least one of the following attributes of the column in the foreign table that contains the selected value:

   column name;

   column datatype;

   at least one column constraint; or

   column position within the foreign table;

   a routine to derive a description of the foreign-table row using the selected value; and

   a routine to augment or supplant the FK value with the description in constructing the representation; and

   a routine to display the constructed representation.

6. The non-transitory machine-readable medium of claim 5, further comprising a routine for allowing, in the machine representation of the tables within the database, for explicit specification of instructions to derive the description of the foreign-table row.

7. The non-transitory machine-readable medium of claim 6, wherein the explicit specification can optionally supplant the default derivation as determined in accordance with claim 5.

8. The non-transitory machine-readable medium of claim 6, further comprising a routine for the scoping of explicit specifications, so as to enable both database-wide (global) and primary-table specific (local) use of the explicit specification.

2

9. The method of claim 1, wherein the derivation of the description uses the selected value and at least one other value from the foreign-table row.

10. The method of claim 1, wherein the value is selected based at least in part on the column name of the column in the foreign table that contains the selected value.

11. The method of claim 1, wherein the value is selected based at least in part on the column datatype of the column in the foreign table that contains the selected value.

12. The method of claim 1, wherein the value is selected based at least in part on at least one column constraint of the column in the foreign table that contains the selected value.

13. The method of claim 1, wherein the value is selected based at least in part on the column position within the foreign table of the column in the foreign table that contains the selected value.

14. The method of claim 1, wherein the derivation of the description comprises:

    identifying an FK value in an FK column in the located foreign-table row, wherein the FK column in the located foreign-table row references a third table of the plurality of tables;

    locating a row in the third table (third-table row) whose PK value matches the identified FK value in the located foreign-table row; and

    using at least one value from the third-table row other than the PK value to derive the description.

15. The method of claim 3, wherein the derivation of the description comprises:

    specifying an FK value in an FK column in the located foreign-table row, wherein the FK column in the located foreign-table row references a third table of the plurality of tables;

    locating a row in the third table (third-table row) whose PK value matches the specified FK value in the located foreign-table row; and

    using at least one value from the third-table row other than the PK value to derive the description.

16. The non-transitory machine-readable medium of claim 5, wherein the derivation of the description uses the selected value and at least one other value from the foreign-table row.

17. The non-transitory machine-readable medium of claim 5, wherein the value is selected based at least in part on the column name of the column in the foreign table that contains the selected value.

18. The non-transitory machine-readable medium of claim 5, wherein the value is selected based at least in part on the column datatype of the column in the foreign table that contains the selected value.

19. The non-transitory machine-readable medium of claim 5, wherein the value is selected based at least in part on at least one column constraint of the column in the foreign table that contains the selected value.

20. The non-transitory machine-readable medium of claim 5, wherein the value is selected based at least in part on the column position Within the foreign table of the column in the foreign table that contains the selected value.

21. The non-transitory machine-readable medium of claim 5, wherein the derivation of the description comprises:

> identifying an FK value in an FK column in the located foreign-table row, wherein the FK column in the located foreign-table row references a third table of the plurality of tables;
>
> locating a row in the third table (third-table row) whose PK value matches the identified FK value in the located foreign-table row; and
>
> using at least one value from the third-table row other than the PK value to derive the description.

22. The non-transitory machine-readable medium of claim 7, wherein the derivation of the description comprises:

> specifying an FK value in an FK column in the located foreign-table row, wherein the FK column in the located foreign-table row references a third table of the plurality of tables;
>
> locating a row in the third table (third-table row) whose PK value matches the specified FK value in the located foreign-table row; and
>
> using at least one value from the third-table row other than the PK value to derive the description.