# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
 : **CLAIM CONSTRUCTION**
MICHAEL PHILIP KAUFMAN, : **AND SCHEDULING ORDER**
 :
 Plaintiffs, : 16 Civ. 2880 (AKH)
 :
 -against- :
 :
MICROSOFT CORPORATION :
 :
 Defendants. :
 :
------------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

I. **Claim Construction Rulings**

On November 16, 2017, and April 11, 2018, the Court held a hearing in accordance with *Markman v. Westview Instruments, Inc.*, 52 F.3d 967 (Fed. Cir. 1995) (en banc), *aff'd* 516 U.S. 370 (1996), regarding U.S. Patent No. 7,885,981 (the "Patent"). This patent claims a method (Claim 1), a computer-implemented system (Claim 4), and a computer-readable storage medium (Claim 5) for automatically generating a user interface allowing end-users to interact with data stored in databases.

The parties jointly identified the terms requiring definitions and their respective positions. *See* Dkt. No. 65. The Court's definitions, mostly on consent, are shown in the attached Appendix A. The attachment shall constitute the Court's order and construction, as to the portions of the claims requiring construction. Any and all rulings on terms of the claims made previously are superseded.

1

## II.  Case Management

The parties shall adhere to the following schedule ("Pre-Trial Scheduling Order No. 1," Dkt. No. 32, is superseded):

- Fact discovery shall be completed by October 19, 2018.
- The parties shall meet at Plaintiff's office for two hours on October 24, 2018, to discuss settlement.
- The next status conference will be held November 2, 2018, at 10:00 A.M.

Dated:    SO ORDERED.
          New York, New York
          April //, 2018                         _____
                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge

## Appendix A: Claim Construction Order[1]

| Term | Court's Construction |
|---|---|
| "database" | An organized collection of data. |
| "relational database" | A database having multiple tables where a relationship specifies how a field in one table relates, explicitly or by implication, to a field in another. |
| "user interface paradigm" | A model for showing how users may functionally manipulate data within and among databases. |
| "mode" | A manner of interacting with a computer program to accomplish a given task. |
| "interacting" | Conducting input and output between a human and a computer. |
| "database table" | A collection of data about a subject arranged in columns and rows, where the columns (fields) identify characteristics for the subject of the table, and rows (records) represent data values for each field for an instance of that subject. |
| "create" mode | A mode of user interaction through which a user may insert a new record (row) into a database table. |
| "retrieve" mode | A mode of user interaction through which a user may call up one or more records from the database. |
| "update" mode | A mode of user interaction through which a user may modify (edit) the data within a record of a database table. |

---

[1] The constructions herein apply to all asserted claims of the Patent.

3



| "delete" mode | A mode of user interaction through which a user may eliminate a record from a database table. |
|---|---|
| "display format" | A screen or window layout. |
| "representing ... said relationships across tables" | Visually representing relationships among data in different tables. |
| "navigating ... said relationships across tables" | Moving from one display of data to a related display of data. |
| "managing ... said relationships across tables" | Avoiding the insertion of inappropriate data in and across tables. |
| "providing an output stream from said server, for user display and input devices" | No construction necessary |

