USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**MICHAEL PHILIP KAUFMAN,**

       **Plaintiff,**          20-CV-6879 (JPC)(SN)

   **-against-**             <u>**ORDER**</u>

**SALESFORCE.COM, INC.,**

       **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  On January 12, 2021, the Honorable John P. Cronan referred this case to my docket for general pretrial supervision. In light of the discovery dispute raised in Plaintiff's December 29, 2020 letter, the Court will hold a telephonic conference on January 20, 2021, at 3:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

             _____
             SARAH NETBURN
             United States Magistrate Judge

DATED:  January 12, 2021
      New York, New York