```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL PHILIP KAUFMAN,

                **Plaintiff,**            20-CV-6879 (JPC)(SN)

    **-against-**            **ORDER**

SALESFORCE.COM, INC.,

                **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

In light of Defendant's Motion to Stay Pending *Inter Partes* Review, the parties are ORDERED to meet and confer regarding a proposed schedule for the briefing of the motion to stay and whether the claim construction briefing should itself be stayed pending a decision on the motion to stay. The parties shall file a joint letter by February 10, 2021, which shall address the aforementioned issues.

**SO ORDERED.**

                                      _____
                                      SARAH NETBURN
                                      United States Magistrate Judge

DATED:      February 5, 2021
                New York, New York