```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL PHILIP KAUFMAN,

                          Plaintiff,                                 20-CV-6879 (JPC)(SN)

        -against-                                                     **ORDER**

SALESFORCE.COM, INC.,

                          Defendant.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has received Plaintiff's letter motion seeking a conference on the motion to quash the subpoena of Plaintiff's counsel, Mr. Ronald Abramson, ECF No. 73, and Defendant's opposition, ECF No. 74. The Court will hold a telephone conference to discuss the motion on April 5, 2021, at 2:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                 _____
                                                 SARAH NETBURN
                                                 United States Magistrate Judge

DATED:       March 26, 2021
                New York, New York